```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05479
    DIANE WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2197


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/27/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

     The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
HILL STREET PARTNERS LTD  CURRENT MORTG     2428.15            .00         2428.15
HILL STREET PARTNERS LTD  MORTGAGE ARRE    30072.47            .00            .00
WELLS FARGO               CURRENT MORTG        .00             .00            .00
B-LINE/WASHINGTON MUTUAL  NOTICE ONLY      NOT FILED           .00            .00
THOMAS R HITCHCOCK        PRIORITY         NOT FILED           .00            .00
ALLIED INTERSTATE         UNSECURED        NOT FILED           .00            .00
ALLIED INTERSTATE         UNSECURED        NOT FILED           .00            .00
AMER REVENUE              UNSECURED        NOT FILED           .00            .00
BANK ONE NATIONAL PLAZA   UNSECURED        NOT FILED           .00            .00
AMERITECH OF IL           UNSECURED        NOT FILED           .00            .00
AMERITECH/SBC             NOTICE ONLY      NOT FILED           .00            .00
INSURE ONE                UNSECURED        NOT FILED           .00            .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED           .00            .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL  UNSECURED        NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED        NOT FILED           .00            .00
MCI COMMUNICATIONS        UNSECURED        NOT FILED           .00            .00
MCI COMMUNICATIONS        NOTICE ONLY      NOT FILED           .00            .00
VILLAGE OF RIVERDALE      UNSECURED          100.00            .00            .00
SENEX SERVICES CORP       UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          254.33            .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          255.67            .00            .00
WELLS FARGO               MORTGAGE ARRE     6901.72            .00            .00
VILLAGE OF LANSING        UNSECURED          600.00            .00            .00
THOMAS R HITCHCOCK        REIMBURSEMENT       64.50            .00          64.50
THOMAS R HITCHCOCK        DEBTOR ATTY      2,500.00                       1,869.89
TOM VAUGHN                TRUSTEE                                           322.46
DEBTOR REFUND             REFUND                                               .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05479 DIANE WILLIAMS
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 4,685.00

PRIORITY                                            64.50
SECURED                                          2,428.15
UNSECURED                                             .00
ADMINISTRATIVE                                   1,869.89
TRUSTEE COMPENSATION                               322.46
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                  4,685.00                 4,685.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE